UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TODD HALLAM,
    Plaintiff,

vs.                                    Case No.:  3:23cv07681/LAC/ZCB

SERGEANT GILBERT, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 13, 2024.  (Doc. 49).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 49) is adopted and incorporated by reference in this order.

2.    Defendants' motion to dismiss (Doc. 34) is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 29th day of February, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**